# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR199** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **BILLY D. DAVIS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's objection (Filing No. 209) to the Court's previous order (Filing No. 208).

The previous order denied the Defendant's motion filed under Federal Rules of Civil Procedure 57 and 60(b)(4). The Defendant requests the undersigned Judge to recuse herself from his case. There are no pending matters in this case, and the Defendant has no further avenues for relief.

IT IS ORDERED:

1. The Defendant's objection (Filing No. 209) to the Court's previous order, including the motion for recusal, is denied; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 28th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge